## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**U.S. v. Jose Efren Castillo Paucar, DOB: 2/8/1972,**

### PETITION FOR WRIT OF HABEAS CORPUS

1. Jose Efren Castillo Paucar, DOB: 2/8/1972, is now confined to the custody of Immigration and Customs Enforcement located in Newark, New Jersey.

2. Jose Efren Castillo Paucar, DOB: 2/8/1972, will be required at the United States District Court in **Newark, New Jersey** for a **Plea Hearing** before **Honorable Claire C. Cecchi**, U.S. District Judge, in the above-captioned case. A Writ of Habeas Corpus should be issued for that purpose.

DATED: April 7, 2017
Newark, NJ

_____
Meredith Williams,
Assistant U.S. Attorney
Petitioner

### ORDER

Let the Writ Issue.

DATED: April 7, 2017

_____
Hon. Claire C. Cecchi, U.S.D.J.

### WRIT OF HABEAS CORPUS

The United States of America to Immigration and Customs Enforcement/Enforcement and Removal Operations,

WE COMMAND YOU that you have the body of:

Jose Efren Castillo Paucar, DOB: 2/8/1972

now confined at the Immigration and Customs Enforcement/ Enforcement and Removal Operations, brought to the United States District Court, in **Newark, New Jersey** on **Friday, April 7, 2017**, at **9:00 a.m.**, for a **Plea Hearing** before the **Honorable Claire C. Cecchi.**

WITNESS the Hon. Claire C. Cecchi
United States District Judge
Newark, New Jersey

DATED: 4/7/17

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk